# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

GWENDOLYN GILL,

        Plaintiff,

v.                                                     Case No. 3:22-cv-137-MMH-MCR

ALLAN BAYLEY,

        Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 3; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on March 11, 2022. In the Report, Judge Richardson recommends that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. No. 2; Motion) be denied and that this case be dismissed without prejudice. See Report at 1, 7. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d

776, 779 n.9 (11th Cir. 1993); <u>see</u> <u>also</u> 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions <u>de</u> <u>novo</u>.  See <u>Cooper-Houston v.</u> <u>Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 3) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. No. 2) is **DENIED**.

3. This case is **DISMISSED without prejudice**.

4. The Clerk of Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of April, 2022.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Party